Approved: _____
Ryan B. Finkel / Mollie Bracewell
Assistant United States Attorneys

Before:   HONORABLE GABRIEL W. GORENSTEIN
          United States Magistrate Judge
          Southern District of New York

**22 MAG 1759**

- - - - - - - - - - - - - - - - - x
                                  :   **SEALED COMPLAINT**
UNITED STATES OF AMERICA          :
                                  :   Violation of
        - v. -                    :   18 U.S.C. § 922(g)(1)
                                  :
DONDRE MYERS,                     :
                                  :   COUNTY OF OFFENSE:
                Defendant.        :   BRONX
                                  :
- - - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK, ss.:

JOHN STOLTENBORG, being duly sworn, deposes and says that he is a detective with the New York City Police Department ("NYPD") and charges as follows:

COUNT ONE
(Possession of a Firearm by a Felon)

1. On or about February 17, 2022, in the Southern District of New York and elsewhere, DONDRE MYERS, the defendant, knowing he had previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, knowingly did possess a firearm, to wit, a .25 Caliber Colt Semi-Automatic pistol, which was loaded with six live cartridges, and the firearm was in and affecting commerce.

(Title 18, United States Code, Section 922(g)(1).)

The bases for my knowledge and for the foregoing charge are, in part, as follows:

2. I am a Detective with the NYPD and I have been personally involved in the investigation of this matter. This affidavit is based upon my personal participation in the investigation of this matter, and my conversations with law enforcement officers, law enforcement employees, and witnesses, as

well as a review of documents and recordings. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

3. Based on my participation in this investigation, including my review of documents, body camera footage, and my conversations with other law enforcement officers, I have learned, in substance and in part, the following:

a. On or about February 17, 2022, approximately four NYPD officers ("Officers"), were patrolling the 42nd Precinct in an unmarked patrol car.

b. One of the Officers in the patrol car observed an individual, later identified as DONDRE MYERS, the defendant, exiting a vehicle on Boston Road, in the Bronx, New York. The officer observed a large bulge in MYERS's front left jacket pocket. The officer also observed that MYERS's front left jacket pocket hung lower than the right side of the jacket, and the left back pocket was swinging back and forth indicating the left pocket contained something heavy.

c. MYERS appeared to notice that the Officers were observing him and, in response, appeared to slightly move his left foot back to block the left side of his jacket from the Officers' view. The Officers approached MYERS and, as they closed distance, an officer obtained a better view of MYERS's left jacket pocket, which appeared to be in the shape of an "L." That MYERS's left jacket pocket contained an "L" shaped object; the "L" shaped object appeared to have weight; and MYERS attempted to obscure the officers' view of his left jacket pocket suggested to the Officers that MYERS may be in possession of a firearm.

d. One of the Officers asked MYERS, in substance an in part, whether he was in possession of a firearm and, when so doing, that officer patted MYERS's left jacket pocket and felt a hard metal object. Immediately thereafter, MYERS pushed the officer with two hands and attempted to run but, before he could flee, the Officers were able to successfully restrain MYERS and effectuate an arrest.

e. The Officers recovered a .25 Caliber Colt Semi-Automatic pistol, which was loaded with six live cartridges,

from MYERS's front left jacket pocket. Myers was also in possession of a zip lock bag containing, what appeared to be marijuana, an Apple iPhone and approximately $103 in U.S. currency.

4. Based on my conversations with a Special Agent from the Bureau of Alcohol, Tobacco, Firearms and Explosives who is familiar with the manufacturing of firearms, and who was provided a description of the Firearm, I have learned that the Firearm was not manufactured in New York State. Indeed, I have observed that the Firearm has imprinted on it the text "Hartford, Ct. USA," which I believe further indicates the Firearm was not manufactured in New York State.

5. I have reviewed criminal history records pertaining to DONDRE MYERS, the defendant, which show, among other things, that MYERS was previously convicted of at least three crimes punishable by more than one year in prison: (i) on or about November 17, 2021, MYERS was convicted in the U.S. District Court for the Southern District of New York of a felony, specifically, conspiracy to distribute and possess with the intent to distribute mixtures and substances containing a detectable amount of cocaine base, in violation of Title 21, United States Code, Sections 846, 841(b)(1)(C), sentencing for this conviction is scheduled for April 7, 2022[1]; (ii) on or about April 29, 2016, MYERS was convicted of criminal possession of a controlled substance in the fifth degree, in violation of New York Penal Law Section 220.06 for which he was sentenced to a term of imprisonment of one year. The crime occurred on June 23, 2015 and MYERS was arrested on June 25, 2015; and (iii) On or about April 29, 2016, MYERS was convicted of criminal possession of a controlled substance in the fifth degree, in violation of New York Penal Law Section 220.06 for which he was sentenced to a term of imprisonment of one year. The crime occurred on February 5, 2015, and MYERS was arrested on February 5, 2015.

---

[1] *See United States v. Myers*, No. 19 Cr. 828 (ALC).

WHEREFORE, deponent respectfully requests that a warrant be issued for the arrest of DONDRE MYERS, the defendant, and that he be imprisoned or bailed, as the case may be.

/s/ sworn telephonically
_____
John Stoltenborg
Detective
New York City Police Department

Sworn to me through the transmission of this
Affidavit by reliable electronic means, pursuant to
Federal Rules of Criminal Procedure 41(d)(3) and 4.1,
This 22nd day of February, 2022

*[signature: Gabriel W. Gorenstein]*
_____
THE HONORABLE GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

4